# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN PAUL CHALUPA<br><br>        Plaintiff,<br><br>   vs.<br><br><br>TATITLEK SUPPORT SERVICES, INC.<br><br>        Defendants | Case No:<br>5:15−cv−00298−SVW−JPR<br><br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the Stipulation of Dismissal with Prejudice jointly filed by the parties, finds that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party to bear his or its own fees and costs.

IT IS SO ORDERED.

Dated: <u>June 2, 2017</u>

_____

Hon. Stephen V. Wilson
Judge, United States District Court